1
2
3
4
5
6
7

IN THE UNITED STATE DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| ALAN HALL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SEA MAR COMMUNITY HEALTH CENTERS,<br><br>Defendants. | Case No.<br><br>NOTICE OF REMOVAL OF ACTION UNDER 28 USC § 1346(b)(1)<br><br>(Clerk's Action Required)<br><br>King County Superior Court Case No. 21-2-15130-9 SEA |

TO:         THE CLERK OF THE COURT

AND TO:   ALL PARTIES OF RECORD AND THEIR COUNSEL.

PLEASE TAKE NOTICE that Defendant SEA MAR COMMUNITY HEALTH CENTERS ("Sea Mar"), hereby gives notice of the removal of the above-captioned action, Cause No. 21-2-15-130-9 SEA, currently pending in the Superior Court of King County, Washington, to the United States District Court for the Western District of Washington at Seattle on the grounds set forth below:

**I.      STATE COURT ACTION**

The State Court action to be removed, *Alan Hall, individually and on behalf of all others similarly situated v. Sea Mar Community Health Centers*, was filed in King County Superior

NOTICE OF REMOVAL OF ACTION – 1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4871-0814-0559.1

Court, State of Washington, on November 11, 2021. A true and correct copy of the Class Action Complaint filed in King County Superior Court Case No: 21-2-15-130-9 SEA is filed herewith as **Exhibit A**. This is a civil action arising out of alleged violations of (1) RCW 70.02.005, Washington State Uniform Healthcare Information Act, and (2) RCW 19.86.010, Washington State Consumer Protection Act; as well as allegations of (3) negligence, (4) breach of express contract; (5) breach of implied contract; and (6) breach of confidence, with claims made by Plaintiffs for actual damages, compensatory damages, statutory penalties, disgorgement, restitution, credit monitoring, punitive damages, injunctive relief regarding notices and security practices, attorney fees and costs, and pre- and post-judgment interest.

## II.    GROUNDS FOR REMOVAL

The Federally Supported Health Centers Assistance Act allows the United States to deem actors, agencies, and employees to be part of the Public Health Service.

### A.  Sea Mar is a Deemed Employee of the Federal Government.

Sea Mar is a community-based health care provider that receives funds from the Health Resources & Services Administration. Sea Mar receives government funding because it provides primary care services in underserved areas. Sea Mar is a Federally Qualified Health Center. As such, Sea Mar has been deemed by the Health Resources and Services Administration, in accordance with the Federally Supported Health Centers Assistance Act, to be a Public Health Service employee of the federal government. The relevant deeming notices are attached collectively as **Exhibit B**.

### B.  The Federal Tort Claims Act, 28 U.S.C. 1346(b) Applies to Plaintiffs' Claims.

The Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 1346(b) *et seq.*, provides immunity from suits to Sea Mar because Sea Mar has been deemed to be a Public Health Service employee of the federal government.

> Subject to the provisions of chapter 171 of this title, the district courts . . . shall have exclusive jurisdiction of civil actions against the United States . . . for injury or loss of property, or personal injury or death caused by the negligent or wrongful act or omission

NOTICE OF REMOVAL OF ACTION – 2

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4871-0814-0559.1

of any employee of the Government while acting within the scope of his office or employment, under circumstances where the United States, if a private person, would be liable to the claimant in accordance with the law of the place where the act or omission occurred.

The regulations establish that the federal government is proper party defendant in an FTCA suit and not Public Health Service employees like Sea Mar.

### C. The Public Health Services Act Applies to Sea Mar.

The Public Health Service Act provides liability protection to Public Health Service ("PHS") employees like Sea Mar under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b). Sea Mar is a PHS employee under the Federally Supported Health Centers Assistance Act, 42 U.S.C. §§ 233(g)-(n). The *exclusive* remedy for damage for personal injury "resulting from the performance of medical, surgical, dental, or *related functions*, …by any commissioned … employee of the Public Health Service while acting within the scope of his office or employment" is *against the United States*. 42 U.S.C. § 233(a). Plaintiffs allege they suffered personal injuries, including anxiety and emotional distress, as a result of a data breach incident in the Sea Mar environment. The Federally Supported Health Centers Assistance Act (42 U.S.C. § 233(a)) provides absolute immunity for PHS employees acting within the scope of their employment. *Hui v. Castaneda,* 559 U.S. 799, 806 (2010).

### D. Sea Mar's Conduct Was Function Required and Related to the Provision of Medical Care.

To facilitate medical care, Sea Mar—like any doctor's office—creates medical records, and collects and maintains personal information from its patients. The maintenance, retention, and security of patients' records are legally required and "related functions" to the provision of medical care within the scope of federal immunity. Plaintiffs' claims arise from a data breach event that allegedly allowed access to patients' personal identifying information ("PII") and protected health information ("PHI"). Plaintiffs' alleged injuries therefore undeniably arise out of the "related functions" to medical care—creating and maintaining medical, financial and other personal records of patients and their guarantors. Sea Mar qualifies for immunity, and in an

NOTICE OF REMOVAL OF ACTION – 3

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4871-0814-0559.1

FTCA suit a plaintiff's exclusive remedy is to proceed in an action against the United States in district court.

### III. TIME FOR REMOVAL

There is no time bar for Notice of Removal under the Federal Tort Claims Act 28 U.S.C. §1346(b)(1) because the district courts have exclusive jurisdiction over actions against the United States for negligent or wrongful acts or omissions committed by government employees. " Subject to the provisions of chapter 171 of this title, the district courts . . . shall have exclusive jurisdiction of civil actions against the United States . . . for injury or loss of property, or personal injury . . ."

Pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b) and the Federally Supported Health Centers Assistance Act, 42 U.S.C. §§ 233(g)-(n) the district court has exclusive jurisdiction over FTCA claims, and in an FTCA suit the only remedy is against the United States.

### IV. REQUIRED DOCUMENTS

Defendant Sea Mar will promptly give written notice to all adverse parties. 28 USC § 1446(d).

In accordance with 28 USC § 1446 and LCR 101 (b)(1), a copy of the operative complaint is attached and filed herewith as **Exhibit A**.

Opposing counsel is listed below and is being served with a copy of this Notice as set forth in the Declaration of Service below in accordance with LCR 101(b)(2).

WHEREFORE, Defendant Sea Mar gives notice that the court action pending against it in King County Superior Court has been removed from that court to the United States District Court for the Western District of Washington at Seattle.

/ / /

/ / /

/ / /

/ / /

NOTICE OF REMOVAL OF ACTION – 4

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4871-0814-0559.1

DATED: February 16, 2022    LEWIS BRISBOIS BISGAARD & SMITH LLP

*s/Kathleen A. Nelson*
Kathleen A. Nelson, WSBA #22826

*s/Randy J. Aliment*
Randy J. Aliment, WSBA #11440

*s/Aryn M. Seiler*
Aryn M. Seiler, WSBA #57270

1111 Third Avenue, Suite 2700
Seattle, Washington 98101
(206) 436-2020 / (206)436-2030 Fax
Kathleen.Nelson@lewisbrisbois.com
Randy.Aliment@lewisbrisbois.com
Aryn.Seiler@lewisbrisbois.com
Attorneys for Defendant

NOTICE OF REMOVAL OF ACTION – 5

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4871-0814-0559.1

**DECLARATION OF SERVICE**

I hereby declare under penalty of perjury under the laws of the State of Washington that I caused a true and correct copy of the foregoing to be served via the methods below February 16, 2022 on the following counsel/party of record:

| | |
|---|---|
| Michael C. Subit, WSBA #29189<br>FRANK FREED SUBIT & THOMAS LLP<br>705 Second Avenue, Suite 1200<br>Seattle, WA 98104<br>(206) 682-6711<br>*Attorneys for Plaintiff* | ☐ via U.S. Mail, first class, postage prepaid<br>☐ via Legal Messenger Hand Delivery<br>☐ via Facsimile<br>☒ via CM/ECF<br>☒ via E-mail:<br>msubit@frankfreed.com |
| Gary E. Mason *(pro hac vice)*<br>David K. Lietz *(pro hac vice)*<br>MASON LIETZ & KLINGER LLP<br>5101 Wisconsin Avenue NW, Suite 305<br>Washington, DC 20016<br>(202) 640-1160<br><br>Gary M. Klinger *(pro hac vice)*<br>MASON LIETZ & KLINGER LLP<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60630<br>(312) 283-3814<br>*Attorneys for Plaintiff* | ☐ via U.S. Mail, first class, postage prepaid<br>☐ via Legal Messenger Hand Delivery<br>☐ via Facsimile<br>☒ via CM/ECF<br>☒ via E-mail:<br>gmason@masonllp.com<br>dlietz@masonllp.com<br>gklinger@masonllp.com |
| Nicholas W. Brown<br>Kristen R. Vogel, NY No. 5195664<br>Assistant United States Attorney<br>Western District of Washington<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>(206) 553-7970 / (206) 553-4067 Fax<br>*United States Attorneys* | ☐ via U.S. Mail, first class, postage prepaid<br>☐ via Legal Messenger Hand Delivery<br>☐ via Facsimile<br>☒ via CM/ECF<br>☒ via E-mail:<br>kristen.vogel@usdoj.gov |

Dated February 16, 2022 at Seattle, Washington.

*s/ Annie Kliemann*
Annie Kliemann
Annie.Kliemann@lewisbrisbois.com

NOTICE OF REMOVAL OF ACTION – 6

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4871-0814-0559.1