UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALAN HALL,<br><br>                      Plaintiff,<br><br>         v.<br><br>SEA MAR COMMUNITY HEALTH CENTERS,<br><br>                      Defendant. | Cause No. C22-0184RSL-TLF<br><br>ORDER OF REMAND |

This matter comes before the Court on the parties' "Joint Stipulation to Remand." Dkt. # 20. The Clerk of Court is directed to remand the above-captioned matter to King County Superior Court.

Dated this 4th day of May, 2022.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER OF REMAND - 1